| | |
|---|---|
| From: | McKenna Filler |
| To: | WAWDdb_NewCasesSea |
| Cc: | Ben Hodges |
| Subject: | In Re: Elizabeth Cooley Subpoena - Miscellaneous Case filing |
| Date: | Friday, July 17, 2020 6:08:37 PM |
| Attachments: | ERMI Motion to Quash (Cooley).pdf<br>Proposed Order.pdf |

Good evening,

Attached please find ERMI LLC's Motion to Quash and Alternative Motion for a Protective Order and Proposed Order for filing with the court as a Miscellaneous Case. I can separate the individual exhibits to the motion and send them to you if needed. Please contact me if you have any questions. Thank you.

**McKenna Filler**
Legal Practice Assistant

Tel: 206.447.5909
mckenna.filler@foster.com

**Foster Garvey PC**
1111 Third Avenue, Suite 3000
Seattle, WA 98101
foster.com

SEATTLE · PORTLAND · NEW YORK · WASHINGTON, D.C. · SPOKANE · BEIJING

This email is for the sole use of the intended recipient(s). It contains information that may be confidential and/or legally privileged. If you believe that is has been sent to you in error, please notify the sender immediately by reply email and destroy all copies of this message. Any disclosure, copying, distribution, or use of this information by anyone other than the intended recipient is prohibited.