# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

In re: ELIZABETH COOLEY SUBPOENA,

Underlying Case: *In re: ERMI LLC '289 Patent Infringement*, MDL No. 2914, 0:19-md-0914-RKA (S.D. Fla).

NO. MC20-0062RSL

ORDER QUASHING SUBPOENA

This matter comes before the Court on ERMI LLC's motion to quash a subpoena issued to its former attorney and Chief Compliance Officer, Elizabeth Cooley, or, in the alternative, for a protective order. The motion is unopposed. Having considered ERMI LLC's motion and supporting documents, the Court GRANTS the motion. The subpoena is hereby QUASHED.

Dated this 11th day of August, 2020.

Robert S. Lasnik
United States District Judge

ORDER QUASHING SUBPOENA - 1