| | |
|---|---|
| **From:** | JPMLCMECF@jpml.uscourts.gov |
| **To:** | JPMLCMDECF |
| **Subject:** | Activity in Case MDL No. 2914 IN RE: ERMI LLC ("289) Patent Litigation Order Vacating CTO |
| **Date:** | Wednesday, September 23, 2020 8:34:57 AM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

## United States Judicial Panel on Multidistrict Litigation

### Notice of Electronic Filing

The following transaction was entered on 9/23/2020 at 11:34 AM EDT and filed on 9/23/2020

**Case Name:** IN RE: ERMI LLC ('289) Patent Litigation
**Case Number:** MDL No. 2914
**Filer:**
**Document Number:** 63

**Docket Text:**
**ORDER VACATING CONDITIONAL TRANSFER ORDER (CTO-4) ((1 in GAN/1:20-mi-00069, [47] in MDL No. 2914, 1 in WAW/2:20-mc-00062) )**

**IT IS THEREFORE ORDERED that CTO-4 is VACATED insofar as it relates to this action.**

**Signed by Clerk of the Panel John W. Nichols on 9/23/2020.**

**Associated Cases: MDL No. 2914, GAN/1:20-mi-00069, WAW/2:20-mc-00062 (SM)**

**Case Name:** In re subpoena issued to Elizabeth Cooley
**Case Number:** WAW/2:20-mc-00062
**Filer:**
**Document Number:** 12

**Docket Text:**
**ORDER VACATING CONDITIONAL TRANSFER ORDER (CTO-4) ((1 in GAN/1:20-mi-00069, [47] in MDL No. 2914, 1 in WAW/2:20-mc-00062) )**

**IT IS THEREFORE ORDERED that CTO-4 is VACATED insofar as it relates to this action.**

**Signed by Clerk of the Panel John W. Nichols on 9/23/2020.**

**Associated Cases: MDL No. 2914, GAN/1:20-mi-00069, WAW/2:20-mc-00062 (SM)**

| | |
|---|---|
| **Case Name:** | ERMI LLC v. Marti et al |
| **Case Number:** | GAN/1:20-mi-00069 |
| **Filer:** | |
| **Document Number:** | 12 |

**Docket Text:**
**ORDER VACATING CONDITIONAL TRANSFER ORDER (CTO-4) ((1 in GAN/1:20-mi-00069, [47] in MDL No. 2914, 1 in WAW/2:20-mc-00062) )**

**IT IS THEREFORE ORDERED that CTO-4 is VACATED insofar as it relates to this action.**

**Signed by Clerk of the Panel John W. Nichols on 9/23/2020.**

**Associated Cases: MDL No. 2914, GAN/1:20-mi-00069, WAW/2:20-mc-00062 (SM)**

**MDL No. 2914 Notice has been electronically mailed to:**

**MDL No. 2914 Notice will not be electronically mailed to:**

**WAW/2:20-mc-00062 Notice has been electronically mailed to:**

Mark Gerald Trigg     mark.trigg@dentons.com

Benjamin J Hodges     ben.hodges@foster.com

Scott W. Atherton     scott@athertonlg.com

Jura Christine Zibas     jura.zibas@wilsonelser.com

Samuel Alexander Long     along@shumaker.com, csidebottom@shumaker.com, ctrimmer@shumaker.com, laguilar@shumaker.com, mpurvis@shumaker.com, phorne@shumaker.com, tadams@shumaker.com

Mindi M. Richter     mrichter@shumaker.com

Christina Davidson Trimmer     ctrimmer@shumaker.com

Patrick Blane Horne     phorne@shumaker.com, csidebottom@shumaker.com, laguilar@shumaker.com

TOM BENGERA     tbengera@shumaker.com

L. Martin Reeder Jr.     martin@athertonlg.com

Alaina B Karsten     akarsten@athertonlg.com

Marty Ready     marty.ready@wilsonelser.com

Jonathan Vine     jonathan.vine@csklegal.com

Christian Claude Dorismond     christian.dorismond@csklegal.com

**WAW/2:20-mc-00062 Notice will not be electronically mailed to:**

**GAN/1:20-mi-00069 Notice has been electronically mailed to:**

Mark Gerald Trigg     mark.trigg@dentons.com

Benjamin J Hodges     hodgb@foster.com

Scott W. Atherton     scott@athertonlg.com

Jura Christine Zibas     jura.zibas@wilsonelser.com

Samuel Alexander Long     along@shumaker.com, csidebottom@shumaker.com, ctrimmer@shumaker.com, laguilar@shumaker.com, mpurvis@shumaker.com, phorne@shumaker.com, tadams@shumaker.com

Mindi M. Richter     mrichter@shumaker.com

Christina Davidson Trimmer     ctrimmer@shumaker.com

Patrick Blane Horne     phorne@shumaker.com, csidebottom@shumaker.com, laguilar@shumaker.com

Richard Randolph Edwards, III     randy@cochranedwardslaw.com

TOM BENGERA     tbengera@shumaker.com

L. Martin Reeder Jr.     martin@athertonlg.com

Alaina B Karsten     akarsten@athertonlg.com

Marty Ready     marty.ready@wilsonelser.com

Jonathan Vine     jonathan.vine@csklegal.com

Christian Claude Dorismond     christian.dorismond@csklegal.com

Lucas D. Garber     lgarber@shumaker.com

**GAN/1:20-mi-00069 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=9/23/2020] [FileNumber=1016011-0]
[4b40e1d00c7129cbd8b75b2c0c20249d748e86da40ff804ced5029920d6572b8e895
dd5a78180dda1846486f1521973fe77fbb02e175908100aaba14403ec004]]